# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140250

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERIC EUGENE COLEMAN,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140250
COA: 286017
Wayne CC: 08-000307-FH

On order of the Court, the application for leave to appeal the December 3, 2009 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment that affirmed the amount of restitution challenged by the defendant, and we REMAND this case to the Wayne Circuit Court for a hearing and determination as provided for by MCL 780.767(4). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                 _____

y0222                                      Clerk